

ORDERED in the Southern District of Florida on  Feb 19, 2009

*[signature]*

UNITED STATES BANKRUPTCY JUDGE

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 00-16067 -BKC- LMI |
| Worldwide Web Systems, Inc. | Chapter 11 |
| _____Debtor_____/ | |
| Cisco Systems, Inc., Cisco Systems Capital Corporation et. al. | |
| Plaintiff, | Adv. Proceeding No. |
| vs. | |
| Systems Unlimited, Inc. | |
| Defendant | |
| vs. | |
| James S. Feltman, Chapter 11 Trustee | |
| _____Garnishee_____/ | |

### ORDER DIRECTING CLERK TO PAY GARNISHMENT DEPOSIT

A garnishment deposit in the amount of $100 was deposited in this court's registry account in the above referenced matter pursuant to Florida Statute 77.28.

☐ The garnishee, _____,

☐ The attorney for the garnishee, _____,

(rev. 11/20/08)                    Page 1 of 2

has requested payment of this deposit pursuant to Florida Statute 77.28.

☑ In accordance with Local Rule 7069-1(D)(5), the court has determined that the funds shall be returned to the depositor.

Accordingly, the Clerk of Court is directed to pay the $100 deposit to:

Greenberg Traurig, P.A.

1221 Brickell Avenue

Miami, FL 33131

### 

The clerk shall serve a copy of this order on all parties to garnishment proceeding